ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Rolls-Royce Corporation | ) ASBCA No. 62314-ADR |
| | ) |
| Under Contract No. N00019-14-D-00016 | ) |

APPEARANCES FOR THE APPELLANT:     Scott E. Pickens, Esq.
                                   Matthew T. Michaels, Esq.
                                     Barnes & Thornburg LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                   R. Montana Erickson, Esq.
                                     Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE D'ALESSANDRIS

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $4,500,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: January 19, 2022

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


_John J. Thrasher_                                _Owen C. Wilson_
JOHN J. THRASHER                                  OWEN C. WILSON
Administrative Judge                              Administrative Judge
Chairman                                          Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                               of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 62314-ADR, Appeal of
Rolls-Royce Corporation, rendered in conformance with the Board's Charter.

        Dated:  January 20, 2022


_Paula K. Gates-Lewis_
        PAULLA K. GATES-LEWIS
        Recorder, Armed Services
        Board of Contract Appeals

2